UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE F. JOSEPH, | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO.: H-09-3873 |
| | § | |
| CMC CONSTRUCTION | § | |
| SERVICES, | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION TO EXTEND
THE SUMMARY JUDGMENT RESPONSE DEADLINE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW** Plaintiff, Leslie Joseph, and requests this Court to extend the existing April 2, 2010 deadline. In support of this request, the Plaintiff would respectfully show this Court the following:

**I.**

    This Court entered its *Conference Memorandum* on March 22, 2010. A true and correct copy of said *Memorandum* is attached hereto as Exhibit "A". This Memorandum directed the Defendant to file its Motion for Summary Judgment by March 26, 2010, which it did timely accomplish. The *Memorandum* then instructed the Plaintiff to file her response on or before this Friday, April 2, 2010. During this process, the Court has directed minimal discovery to be completed in very brief amount of time.

    At the present time, the Plaintiff, through her undersigned counsel, is in the process of attempting to gather evidence to counter the Defendant's pending *Motion for Summary Judgment*. However, there has not been enough time allowed by this Court to complete this task.

    WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that the Court extend the timeframe for her to file a response to the *Defendant's Motion for Summary Judgment* be extended for two weeks. This request is not being made for any delay, but only to allow the Plaintiff adequate the time to respond to the Defendant's *Motion*.

        Respectfully submitted,
        Law Office of Stanley B. Broussard


        <u>/s/ Stanley B. Broussard</u>
        Stanley B. Broussard
        Federal License No.: 20348
        State Bar No., 00792373
        55 Waugh Drive, Suite 605
        Houston, Texas 77007
        Telephone: (713) 229-0800
        Facsimile:  (713) 869-2088

        ATTORNEY FOR PLAINTIFF
        LESLIE JOSEPH


## **CERTIFICATE OF CONFERENCE**

   In accordance with the Federal Rules of Civil Procedure and local rules of the court, I certify that prior to the filing of this *Motion* I conferred with Lawrence Morales, Defense Counsel. Mr. Morales is unopposed to the Court granting this *Motion to extend one-week.*


        <u>/s/ Stanley B. Broussard</u>
        Stanley B. Broussard


## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 31, 2010, a true and correct copy of the above and foregoing *Motion* was forwarded to all counsel of record via electronic mail in accordance with federal Rules of Civil Procedure.


        <u>/s/ Stanley B. Broussard</u>
        Stanley B. Broussard

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LESLIE F. JOSEPH,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION NO.: H-09-3873** |
| | § | |
| **CMC CONSTRUCTION** | § | |
| **SERVICES,** | § | |
| **Defendant.** | § | |

## ORDER

The Court has considered *Plaintiff's Motion to Extend the Summary Judgment Response Time Deadline*, and it should be **GRANTED**.

To that end, the Plaintiff shall file her Response to the *Defendant's Motion for Summary Judgment* on or before _____, 2010.

**SIGNED** this _____ day of _____, 2010.

_____
**LYNN N. HUGHES**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**